C-13-16(FTP)
(Rev. 6/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF: ) No. B-10-81624 C-13D
Michael A. Winstead )
Janice M. Winstead )
)
    Debtor(s) )

## ORDER OVERRULING OBJECTION

    On December 20, 2010, a hearing was held on the Debtors' Objection to the claim of Wells Fargo. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Benjamin E. Lovell, Esq., attorney for the Standing Trustee, appeared. No other party in interest appeared. The Court, after considering the Objection in this matter and having heard and considered the statements of counsel, finds that the Objection should be overruled; therefore, it is

    ORDERED that the Objection by the Debtors to the claim of Wells Fargo is overruled.

# PARTIES TO BE SERVED
## Page 1 of 1
### 10-81624 C-13D

Michael A. Winstead
Janice M. Winstead
2480 Old Allensville Rd.
Roxboro, NC  27574

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Emily W. Anderson, Esq.
5121 Parkway Plaza Blvd., Ste. 300
Charlotte, NC 28217